ORDERED in the Southern District of Florida on  12/01/09



_____
Raymond B. Ray, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

n re:   Bye Bye Now.Com, Inc. and Cruise    Case No.   01-20536-RBR
Web Software Development, Inc
                                            Chapter 11
_____Debtor_____/

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by <u>American Property Locators, Inc.</u> on behalf of <u>Finova Financial Innovations</u> and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1(D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to <u>Finova Financial Innovations</u> and, if applicable, the "funds locator" or attorney submitting the application, <u>American Property Locators, Inc.</u>, the sum of $<u>851.69</u> now held as unclaimed funds in the treasury for the original claimant <u>Finova Financial Innovations</u>.

LF-29 (rev. 06/02/08)              Page 1 of 2

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)